

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

January 30, 2020

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Nisbett v. Forty Five Ten Hy, LLC*
             Case No. 19-cv-10785 (PGG) (SLC)

Dear Judge Cave:

    I am counsel for Defendant. I write with the consent of Plaintiff's counsel to advise that the parties have settled this matter in principle. We are working on the settlement papers now and hope to be in a position to submit same to the Court within the next several weeks. The parties intend to request that the Court approve and so-order a consent decree to address the ADA access issues raised by the Complaint. Based on the foregoing, we request that the Court adjourn all case deadlines *sine die* at this time rather than issuing a 30 day dismissal order. Thank you for your attention to this matter.

                                                              Respectfully,

                                                             *Peter T. Shapiro*

                                                             Peter T. Shapiro of
                                                             LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Counsel for Plaintiff (via ECF)